# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2016

Lyle W. Cayce
Clerk

No. 16-30546

TREMECHIA BUTLER; RAVEN JOHNSON; VILENCIA JOHNSON,

> Plaintiffs - Appellants

v.

AXIALL, L.L.C., formerly known as Georgia Gulf Chemicals & Vinyls, L.L.C.; MUNCIE POWER PRODUCTS, INCORPORATED,

> Defendants - Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:14-CV-102

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM:*

The court has considered this appeal in light of the briefs, oral argument, and the record. Having done so we find no reversible error and affirm essentially for the reasons stated by the district court.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.